**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DARREN LAMONT KEYS,

    Petitioner,

vs.

                                  Case No.    3:01-cr-239-J-32HTS
                                                        3:06-cv-81-J-32HTS

UNITED STATES OF AMERICA,

    Respondent.

## ORDER[1]

This case is before the Court sua sponte. On July 20, 2006, the undersigned entered an Order pursuant to Castro v. United States, 540 U.S. 375 (2003), informing petitioner, Darren Lamont Keys, that the Court intends to recharacterize certain motions filed in both his civil case (Case No. 3:06-cv-81-J-32HTS) and his criminal case (Case No. 3:01-cr-239-J-32HTS). (Doc. 9). On August 18, 2006, the Court stayed the effect of the Castro Order due to petitioner's representation that he was "currently preparing his Petition for Writ of Certiorari to the Supreme Court," (Crim. Doc. 521, p. 3), ostensibly seeking review of the Eleventh Circuit's Order dated November 2, 2005 in United States of America v. Darren Lamont Keys, et al., Case No. 03-10655. (Crim. Doc. 515); (Doc. 13). The Eleventh Circuit issued the Mandate

---

[1] Citations to Keys' criminal case file, 3:01-cr-239-J-32HTS, are denoted as "Crim. Doc. ___." Citations to Keys' civil case file, 3:06-cv-81-J-32HTS are denoted as "Doc. ___."

in that case on May 31, 2006.  (Doc. 13).  The undersigned issued the stay Order because it was concerned that if petitioner filed a writ of certiorari, the district court would be without jurisdiction to decide any § 2255 motion.  See United States v. Dunham, 240 F.3d 1328, 1329-30 (11th Cir. 2001); 28 U.S.C. § 2255.

Petitioner's deadline to petition the Supreme Court for a writ of certiorari expired on August 29, 2006.  See S. Ct. R. 13.  Because it does not appear that petitioner timely filed a petition for certiorari with the Supreme Court, the undersigned hereby reinstates the Castro Order entered on July 20, 2006 and incorporates that Order by reference.  (Doc. 9; Crim. Doc. 518); (Attached Exhibit 1).  Petitioner's new deadline for filing an amended motion as set forth in the prior Castro Order is **January 31, 2007.**  The government shall file a response to any such amended motion by **March 15, 2007.**  Petitioner is reminded that if he files an amended consolidated § 2255 Motion, the appropriate form to use is attached hereto as Exhibit 2 (this form was also attached to the prior Castro Order).

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of November, 2006.

                                                     TIMOTHY J. CORRIGAN
                                                     United States District Judge

t.
Copies:  counsel of record, pro se party
Attachments